UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

OSCAR GARCIA )
)
v )
) CASE NO. 2;16 -CR-01601-003
) HON. JUDGE BRACK
UNITED STATES OF AMERICA )

28 U.S.C. 2241

NOW COMES Petitioner. OSCAR GARCIA..... (hereinafter Petitioner GARCIA... ), pro se, ad hoc, non-attorney, in want of counsel in these matters and presents this motion for 28 U.S.C. 2241 and with such in these presntations and legal premises presents in support submits the following:

1. That this is not a waste of the court's time and resources but an endeavour to clarify and illuminate the factual basis of the retroactive implementation of the FIRST STEP ACT.

2. That this presentation is fundamentally based on the premise of the current case file of CHEVERON V UNITED STATES 487 . U.S 837,81 Led 2d 694,104 S.CT.S.CT.(2024) (OVERTURNED AND REMANDED.) to and passed by the congressional body of the HOUSE OF REPRESENTATIVES and the SENATE.

3. The grounds presented within this brief of PETITIONER GARCIA.. clearly illuminates for the court the eligibility of the retroactivity of the case file of CHEVERON V UNITED STATES...

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   Immigration detention

   ☐ Detainer

   The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): DOES NOT APPLY

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO

   (b) Docket number, case number, or opinion number: 2;16 CR-01601-003

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): The fundamental basis of the filing is the denial of eligibility of the FIRST STEP ACT earned good time credits through programming. The denial is based on the possible deportation restricting eligibility.

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. First appeal

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes    ☐ No

   (a) If "Yes," provide: DOES NOT APPLY

   (1) Name of the authority, agency, or court: DOES NOT APPLY

   (2) Date of filing: DOES NOT APPLY
   (3) Docket number, case number, or opinion number: DOES NOT APPLY
   (4) Result: DOES NOT APPLY
   (5) Date of result: DOES NOT APPLY
   (6) Issues raised: DOES NOT APPLY

## DUE PROCESS VIOLATION

GROUND ONE : DUE PROCESS VIOLATION ,DENIAL OF FIRST STEP ACT

The fundamental aspects of the due process violation is based on the denial of access to the first step act earned good time credits. There has been an intervening change in of case file CHEVERON V UNTED STATES 487 U.S. 837 .81 LED 2d 694.104 S.ct27.78 .SCT ( 1984 )
also; LOPER V UNITED STATES V RAIMONDO NO. 22-451222-1219 ,2024 ( )
and The boilerplate decision of the interpretation discretion is removed placed within the court determination.

(b) Did you present Ground in all appeals that were available to you?
☐ Yes  ☒ No

If there are any grounds that you did not present in all appeals that were available to you, explain why you did

There are no other litigation pending and there is also no appeal pending.

### Request for Relief

State exactly what you want the court to do: I ask this court to acknowledge the there has been intervening change in in the laws and the interpretation discretion has been now removed from the discretion of the bureau of prison and with such constitutes the discretion of the court ...to be implemented and grant the benefit of the first step act ...to the petitioner OSCAR GARCIA. Whereas in light of the current ruling in CHEVERON, and Loper Bright decision.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12-17-24        *Oscar Garcia 88172-051*
                       Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

4

Issue/Complaint: FSA credit

Staff Initials: _____

TOM 1330.18F
11/02/2023
Attachment A

# FEDERAL CORRECTIONAL INSITUTION
# THOMSON, ILLINIOS
## ADMINISTRATIVE REMEDY: ATTEMPT AT INFORMAL RESOLUTION

Program Statement 1330.18, Administrative Remedy Procedures for Inmates, requires an inmate, in most cases, to make an attempt at informal resolution prior to filing an administrative remedy. An inmate with a complaint should complete the first two sections below and submit the form to a member of the unit team.

NAME: OSCAR GARCIA      REGISTER NUMBER: 88172-051

1. NATURE OF THE COMPLAINT (List a SINGLE complaint in the space provided below, one continuation pages is authorized)

    The fundamental basis of the First Step Act is to grant the benefit of the current law to the eligibal defendants that has applied themselves to the programming and in it's was granted the certification of the FIRST STEP ACT CRITERIAS THAT MAKES IT MANDATORY TO BE GRANTED THE ADDITIONAL GOOD TIME CREDITS THAT WERE EARNED BY THE COMPLETION OF THE BUREAU OF PRISONS PROGRAMMING.
    In light of 18 U.S.C. 3632(d)(4)(D), there are specific individuals who are not allowed to participate within the program. This ineligibility does
    (continued on attached Continuation Page)

2. WHAT RESOLUTION ARE YOU REQUESTING? (Note the staff you have addressed this issue with)
    The resolution requested is that this inmate be granted this BP-8 and awarded the additional good time credits allowed under the First Step Act.

Inmate Signature: *Oscar Garcia*   DATE: 12-17-24

---
### TO BE COMPLETED BY STAFF MEMBER

3. RESPONSE (Efforts made to resolve the issue)

    _____
    _____
    _____
    _____
    _____

Correctional Counselor: _____   Date: _____

Unit Manager: _____   Date: _____

### TRACKING

Event Date: _____      Event Date Plus 20 Days: _____

Date BP-8 Issued: _____      Date Returned to Unit Team: _____

Staff Member/Department
Referred to for Response: _____      Date Sent for Response: _____

Was Issue Resolved (Circle one):  Yes / No   (If no issued BP-9)      Date Returned to Inmate / BP-9 Issued: _____

r, Garcia # 88172-051
Federal Correctional Institution Thomson
P.O. Box 1002
Thomson Illinois 61285

QUAD CITIES IL 612
27 DEC 2024 P 2 L

Office of
Clerk of United States District Court
United States Courthouse
211 19th Street, Room 203
Rock Island Illinois 61201